# JacksonLewis

**Jackson Lewis P.C.**
666 Third Avenue
New York NY 10017-4030
(914) 872-6888 Direct
(212) 972-3213 Fax

jacksonlewis.com

Via ECF

January 18, 2023

Judge Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street, Room 1106
New York, New York 10007

> Application **GRANTED**. The initial pretrial conference scheduled for January 25, 2023, is adjourned to **February 1, 2023, at 4:00 P.M.** At that time, the parties shall call 888-363-4749 and use the access code 558-3333. The deadline for the parties to file the joint letter and proposed civil case management plan and scheduling order is extended to **January 25, 2023, at 12:00 P.M.**
>
> Dated: January 19, 2023
> New York, New York
>
> *[signature]*
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

**Re:   Terrell Thomas v. 209-219 W. 38 LLC, et al.
       Civil Action No. 22-cv-9848 (LGS)**

Dear Judge Schofield:

      We write on behalf of Defendant West 38 Kosher Deli Inc. ("West 38 Kosher") in the above-referenced action to respectfully request (i) an adjournment of the January 25, 2023 conference due to a scheduling conflict with another matter and (ii) an extension of the time to file the parties' proposed Scheduling Order and joint letter to a date that is one week prior to the new conference date. Plaintiff's counsel consents to this request. There has been no appearance in this matter by Defendant 208-219 W. 38 LLC.

      On December 13, 2022, the Court issued an Order, which included the scheduling of a telephonic conference in this matter on January 25, 2023, at 4:00 p.m. (Dkt. No. 8) and required submission of a proposed Scheduling Order and joint letter by January 18, 2023. We were retained last week in this matter and recently learned that the Court had scheduled a conference in this matter. The undersigned will be attending an in-person settlement conference in another matter before Magistrate Judge Bulsara in the U.S. District Court for the Eastern District of New York which overlaps with the time the conference in this matter has been scheduled. The settlement conference was scheduled in October, prior to the filing of the Complaint with the Court. The Court also extended the time for West 38 Kosher to respond to the Complaint to February 9, 2023. Accordingly, we respectfully request an adjournment of the conference and extension of the time to file the parties' proposed Scheduling Order and joint letter.

      Thank you for your consideration of this request.

**JacksonLewis**

January 18, 2023

Page 2

        Respectfully submitted,

        JACKSON LEWIS P.C.

        *s/*Joseph J. Lynett
        Joseph J. Lynett

cc:    Adam Saul Hanski, Esq.
        Robert Gerald Hanski, Esq.