# PARKER HANSKI LLC

40 WORTH STREET, SUITE 602
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:     212.248.5600

August 31, 2023

Application **GRANTED**.  Any application to restore this action shall be filed by **September 29, 2023**.  No further extensions will be granted absent extraordinary circumstances.  The conference scheduled for September 13, 2023, is canceled.

The Clerk of Court is respectfully directed to close the motions at Dkts. 51 and 55.

Dated: September 1, 2023
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

*Via ECF*
The Honorable Lorna G. Schofield
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

Re:     *Status Letter*
        *Terrell Thomas v. 209-219 W. 38 LLC and West 38 Kosher Deli Inc.*
        *Docket No.1:22-cv-09848(LGS)(JLC)*

Dear Judge Schofield:

Parker Hanski LLC represents plaintiff Terrell Thomas in the above-entitled action. As required by the Court's Order of August 28, 2023, ECF No. 54, we write on behalf of all of the parties to apprise the Court that the negotiated settlement agreement has been approved by all parties.  Consequently, the parties respectfully request that they be granted an extension of time, until September 29, 2023, to file the stipulation of dismissal.  This extension of time will enable the parties to fully execute the agreement and for the parties to satisfy certain terms of settlement which are a pre-condition to filing the stipulation of dismissal.[1]

Thank you for your time and attention to this matter.

Respectfully yours,

_____/s/_____
Robert G. Hanski, Esq.

---

[1] This is the fourth request for an extension of time.